*969
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. The determinations relating to the seizure of defendant, the search of the pouch he was carrying and the removal of objects from the pouch all involve mixed questions of law and fact that are supported by evidence in the record. Consequently, the determinations are beyond further review by this Court. Defendant’s remaining contention is without merit.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.